**Order filed June 8, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00115-CV

_____

## IN RE GUARDIANSHIP OF QIONG-YING DUAN CHANG, AN ALLEGED INCAPACITATED PERSON, Appellant

---

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 468149**

---

# O R D E R

The clerk's record was filed on March 23, 2020; the first supplemental clerk's record was filed on July 23, 2020; and the second supplemental clerk's record was filed on July 28, 2020. Our review has determined that relevant items have been omitted from the clerk's record. *See* TEX. R. APP. P. 34.5(c). The record does not contain the following:

    a.    Application for Temporary Guardianship, filed on or about June 27, 2018;

b.      Amended Application for Appointment of Guardian, filed on or about August 13, 2018;

c.      Revised Amended Application for Guardian, filed on or about August 16, 2018;

d.      Contest of Guardianship, filed on or about August 27, 2018;

e.      Temporary Restraining Order, issued on or about August 28, 2018;

f.      Order to Dismiss the Application for Temporary Restraining Order and Order Denying Motions in Limine, issued on or about August 28, 2018;

g.      Application in Limine to Strike and to Dismiss Application for Injunctive Relief and Response to Application for Injunctive Relief, filed on or about August 28, 2018;

h.      Temporary Restraining Order Bond, filed on or about August 30, 2018;

i.      Bond filed by contestant Julia Liu on or about September 4, 2018;

j.      Michelle Chang, Tina Chang, and Sunny Chang's Notice of Appearance and Joinder to Qing Hua ("Julia") Liu's (1) Opposition to Li Chang's Amended Application for Appointment of Guardian of the Person and Estate of Qiong-Ying Duan Chang, (2) Application for Temporary Restraining Order and Temporary Injunction, and (3) Application for Grandchildren's Access, filed on or about September 10, 2018;

k.      Julia Liu, Tina Chang, Michelle Chang, and Sunny Chang's Motion for Sanctions, filed on or about October 26, 2018;

l.      Applicant Li Chang's Response to Motion for Sanctions, filed on or about November 1, 2018;

m.     Order for sanctions, issued on or about November 19, 2018;

n.     Application in Limine filed by Applicant Li Chang on or about February 5, 2019;

o.     First Amended Opposition to Application for Guardianship, filed on or about February 28, 2019;

p.     Supplement to Amended Application for Guardianship, filed on or about October 7, 2019; and

q.     Declaration of Li Chang, filed on or about October 7, 2019.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **June 18, 2021**, containing the items listed above.

If an omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.